# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE: )
) Case No. 22-20848
SUKHJINDER S. SARAI ) Chapter: 7
)
Debtor. )
_____)

## FOURTH MOTION FOR EXTENSION OF TIME FOR FILING
## COMPLAINT UNDER SECTION 727 AND/OR SECTION 523

COMES NOW, creditor Lead Bank, by and through counsel, and for its motion under Section 727 and/or Section 523, and pursuant to Bankruptcy Rules 4004 and 4007, for an extension of time to file a complaint objecting to discharge or for a determination of dischargability until June 16, 2023, states as follows:

1. Lead Bank is a creditor of the Debtor herein, and is presently investigating the potential filing of a complaint objecting to discharge under Section 727 and/or Section 523.

2. Creditor Lead Bank requests additional time to look into the estate for a possible objection to discharge, including gathering documentation and evaluating information that Lead Bank believes may support a potential complaint objecting to discharge.

3. Good cause exists to extend the time in which Lead Bank may file a complaint objecting to discharge and this motion is not made for purposes of delay.

4. This is Lead Bank's fourth motion seeking extension of its time to object to Debtor's discharge and/or to file a complaint to determine dischargability.

5. Debtor's attorney has indicated that agrees to the relief requested herein.

6. The time for filing complaints to object to discharge and/or for the determination of dischargability is presently scheduled for April 14, 2023. This motion has been filed prior to the expiration of said deadline.

1

7. A proposed Order Extending Time for Filing Complaint Objecting to Discharge and/or for Determination of Dischargability has been uploaded concurrently herewith.

WHEREFORE, creditor Lead Bank respectfully requests that this Court enter an order granting it an extension of time to file a complaint objecting to discharge under Section 727 and/or Section 523 to June 16, 2023, and for any other relief the Court deems just and proper.

Respectfully submitted,

**PAPPAS HAYDEN WESTBERG & JACKSON PC**

/s/ Austin B. Hayden
Gregory J. Pappas #11993
Austin B. Hayden #25258
7500 W. 110th Street, Suite 110
Overland Park, KS 66210
Telephone: 913/491-4050
Facsimile: 913/491-9318
E-Mail: gpappas@phwjlaw.com
ahayden@phwjlaw.com
ATTORNEYS FOR CREDITOR
LEAD BANK

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing was sent electronically by e-mail on April 7, 2023 to all parties receiving electronic notification.

/s/ Austin B. Hayden
Austin B. Hayden #25258