**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 10th day of April, 2023.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 22-20848 |
| SUKHJINDER S. SARAI ) | Chapter: 7 |
| ) | |
| Debtor. ) | |
| ) | |

### AGREED ORDER EXTENDING TIME FOR FILING COMPLAINT OBJECTING TO DISCHARGE AND/OR FOR DETERMINATION OF DISCHARGABILITY

This matter comes on for consideration on the Motion of Creditor Lead Bank ("Lead"), to extend time to file a Complaint Objecting to Discharge and/or for Determination of Dischargability. After being considered by the Court, and being duly advised in the premises, the Court finds and orders as follows:

The Court finds that Lead filed its Motion to Extend Time before the expiration of the time fixed for filing said complaints, and the Debtor has agreed to the proposed action. The Court further finds that Creditor Lead has shown that good cause exists for an extension of this time period.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Creditor Lead Bank has up to and including June 16, 2023 to file a Complaint Objecting to the Discharge of the Debtor and/or for Determination of Dischargability pursuant to Section 727 and/or Section 523.

**IT IS SO ORDERED.**

###

Respectfully submitted,

**PAPPAS HAYDEN WESTBERG & JACKSON PC**

/s/ Austin B. Hayden
Gregory J. Pappas                #11993
Austin B. Hayden                 #25258
7500 W. 110th Street, Suite 110
Overland Park, KS 66210
Telephone:    913/491-4050
Facsimile:    913/491-9318
E-Mail:       gpappas@phwjlaw.com
              ahayden@phwjlaw.com
ATTORNEYS FOR CREDITOR
LEAD BANK


**WM Law**

/s/ Ryan M. Graham
Ryan M. Graham, MO #73470
15095 W. 116th St. Olathe, KS 66062
Phone: (913) 422-0909 / Fax: (913) 428-8549
graham@wagonergroup.com
correspondence@wagonergroup.com
ATTORNEY FOR DEFENDANTS