IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| SUKHJINDER S. SARAI, | ) | Case No. 22-20848-7 (RDB) |
| | ) | |
| Debtor. | ) | |

### NOTICE TO TAKE RULE 2004 EXAMINATION OF THE DEBTOR, SUKHJINDER S. SARAI, PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

PLEASE TAKE NOTICE that Christopher J. Redmond, Chapter 7 Trustee of the bankruptcy estate of Sukhjinder S. Sarai, by and through his counsel of record, along with Gregory J. Pappas, attorney for Lead Bank, will take the Rule 2004 examination of the Debtor, Sukhjinder S. Sarai, on the 9th day of May, 2023, beginning at 9:00 o'clock a.m. on that day and continuing thereafter until completed, to be held at the office of Debtor's counsel, Ryan Michael Graham, WM Law, 15095 West 116th Street, Olathe, Kansas 66062.

The Rule 2004 Examination will be conducted pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, before a Court Reporter and Notary Public qualified to administer oaths and recorded by stenographic means: Emerald Court Reporting, LLC, 9001 West 110th Street, Suite 230, Overland Park, Kansas 66210, (913) 383-2400, tammy@emeraldcourtreporting.com

The presence of the Debtor herein is required for the date and time identified above and pursuant to the Court's Agreed Order Directing Debtor, Sukhjinder S. Sarai, to appear at Rule 2004 Examination and to be Examined Pursuant to Rule 2004 entered on April 18, 2023.

DATED this 19th day of April, 2023.

                Respectfully Submitted:

                *s/ Christopher J. Redmond*
                CHRISTOPHER J. REDMOND, KS BAR NO. 07307
                REDMOND LAW FIRM LLC
                13220 Metcalf Avenue, Suite 310
                Overland Park, KS 66213
                Telephone: 913-379-1100
                Fax: 913-379-1109
                christopher.redmond@christopherredmondlawfirm.com

                *ATTORNEY FOR CHAPTER 7 TRUSTEE*

### CERTIFICATE OF SERVICE

The Undersigned hereby certifies that on the 19th day of April, 2023, the above and foregoing Notice was filed electronically using CM/ECF and a true and correct copy of this Notice was served as follows:

  X    upon filing, the CM/ECF system sent notification to:

U.S. Trustee
ustpregion20.wi.ecf@usdoj.gov

Ryan Michael Graham on behalf of Debtor Sukhjinder S. Sarai
graham@wagonergroup.com, bankruptcy@wagonergroup.com, wmlecf@gmail.com, graham.ryanr52985@notify.bestcase.com

Sharon L. Stolte on behalf of Creditor Kansas City Ready Mix, LLC and Audubon Readymix, LLC
sstolte@sandbergphoenix.com, stoltesr93346@notify.bestcase.com

Austin B. Hayden and Gregory J. Pappas on behalf of Creditor Lead Bank and Creditor Swift Financial, LLC
ahayden@phwjlaw.com, gpappas@cmplaw.net

and, to any and all other parties participating in the CM/ECF system in this case, if any, as shown by the receipt generated at the time of the filing of this Motion; and

__X__    via United States Mail, postage prepaid and properly addressed to:

**Sukhjinder S. Sarai**
4001 W. 105th St, Apt 338
Overland Park, KS 66207

*s/ Karen Shackelford*